```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**LOTTIE SMITH**                                                         **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:07-cv-467-WHB-LRA**

**UNUM LIFE INSURANCE COMPANY OF AMERICA**                               **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order that granted the Motion of Defendant Unum Life Insurance Company of America for Summary Judgment, this case is hereby dismissed with prejudice.

SO ORDERED this the 10th day of October, 2008.

                                                        <u>s/ William H. Barbour, Jr.</u>
                                                      UNITED STATES DISTRICT JUDGE